**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Deborah L. Mowrey<br>　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　Moving Party<br>　　vs.<br><br>Deborah L. Mowrey<br>　　　　　　　Debtor(s)<br><br>Henry S. Mowrey, Sr.<br>　　　　　　　Co-Debtor<br><br>and Scott F. Waterman<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 20-12101 PMM |

**ORDER**

AND NOW, this 19th day of February, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on October 23, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3070 Agnes Street Easton, PA 18045.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*
United States Bankruptcy Judge.

cc: See attached service list

Deborah L. Mowrey
3070 Agnes Street
Easton, PA 18045

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532