United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12101-pmm |
| Deborah L. Mowrey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah L. Mowrey, 3070 Agnes Street, Easton, PA 18045-2521 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KRISTEN D. LITTLE | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com |
| PAUL H. YOUNG | |
| | on behalf of Debtor Deborah L. Mowrey support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Feb 19, 2021 Form ID: pdf900 Total Noticed: 2
TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Deborah L. Mowrey<br>              Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>              Moving Party<br>     vs.<br><br>Deborah L. Mowrey<br>              Debtor(s)<br><br>Henry S. Mowrey, Sr.<br>              Co-Debtor<br><br>and Scott F. Waterman<br>              Trustee | Chapter 13<br><br><br>NO. 20-12101 PMM |

**ORDER**

AND NOW, this  19th  day of  February  , 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on  October 23, 2020  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3070 Agnes Street Easton, PA 18045.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

United States Bankruptcy Judge.

cc: See attached service list

Deborah L. Mowrey
3070 Agnes Street
Easton, PA 18045

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532