# **TIME SCHEDULE FOR DEBORAH MOWREY – 20-12101**

# **EXHIBIT B OF APPLICATION FOR COMPENSATION**

**Hours for Paul H. Young, Esq.**

| Date | Description | Hours |
|---|---|---|
| 12/28/19 | Email correspondence with client | .8 |
| 12/30/19 | Telephone appointment with client | 1.2 |
| 3/3/2020 | Meeting with client to review petition and schedules | .8 |
| 5/25/20 | Review & update remaining schedules to be filed | .5 |
| 6/29/20 | Telephonic appointment to prepare for 341 hearing | .5 |
| 6/30/20 | Attendance of video 341 hearing | .4 |
| 8/31/20 | Client Correspondence re Motion to Dismiss | .2 |
| 9/28/20 | Client Correspondence re Motion for Relief | .2 |
| 10/5/20 | Telephone appointment with client re Motion for Relief & Dismissal | .8 |
| 10/5/20 | Drafting/Review of Response to Motion for Relief | .3 |
| 10/6/20 | Email correspondence to counsel re Motion for Relief | .4 |
| 10/7/20 | Emails with Client | .5 |
| 10/16/20 | Review & signing of stipulation re Motion for Relief | .4 |
| 10/16/20 | Emails with Client | .7 |
| 10/19/20 | Telephone appointment with client | .8 |
| 10/28/20 | Review of First Amended Plan | .5 |
| 12/1/20 | Communication to trustee to update status for Confirmation | .3 |
| 2/25/21 | Telephone appointment with client re Relief Order | .7 |
| 3/2/21 | Emails with Client | .2 |
| 3/2/21 | Communication to trustee to update status for Confirmation | .2 |

_____<br>
10.4 @ $300 per hr.

**$3,120.00**

### Hours for Cameron Deane, Esq.

| Date | Description | Hours |
|---|---|---|
| 12/31/20 | Correspondence with counsel re Default of Stipulation | .3 |
| 1/6/21 | Correspondence to client re Notice of Default of Stipulation | .2 |
| 1/20/21 | Prepare & File POC on behalf of secured creditor | .9 |
| 1/20/21 | Communication to trustee to update status for Confirmation | .2 |
| 1/26/21 | Emails with Client | .4 |
| 2/12/21 | Correspondence to client re Certification of Default | .2 |
| 2/22/21 | Correspondence to client re Relief Order | .3 |
| 3/2/21 | Emails with Client | .2 |
| 3/3/21 | Communication to trustee to update status for Confirmation | .2 |
| 4/13/21 | Communication to trustee to update status for Confirmation | .2 |

_____<br>
3.1 @ $250 per hr.

**$775.00**

### Hours for Cameron Deane, Paralegal

| Date | Description | Hours |
|---|---|---|
| 3/2/20 | Preparation of Petition | .6 |
| 4/24/20 | ECF Filing of emergency petition | .3 |
| 5/26/20 | ECF Filing of remaining schedules | .5 |
| 5/26/20 | Correspondence to Client regarding Plan Payment | .4 |

| Date | Description | Hours |
|---|---|---|
| 6/17/20 | Accumulating, preparing, uploading of documents for for 341 Hearing | 1.1 |
| 10/5/20 | Prepare & ECF Filing of Response to Motion for Relief | .5 |
| 9/15/20 | Emails with Client | .4 |
| 10/14/20 | Emails with Client | .2 |
| 10/17/20 | Communication to trustee to update status for Confirmation | .3 |
| 10/28/20 | Prepare & File First Amended Chapter 13 Plan | .9 |
| 10/28/20 | Email correspondence to creditor re POC | .3 |
| 12/1/20 | Communication to trustee to update status for Confirmation | .2 |

5.7 @ $100 per hr.

**$570.00**

**$4,465.00 Total**