| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12101-PMM**

Deborah L. Mowrey
3070 Agnes Street
Easton  PA    18045

Petition Filed Date: 04/24/2020
341 Hearing Date: 06/30/2020
Confirmation Date:

Case Status: Dismissed Before Confirmation on 4/15/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/23/2020 | $300.00 | 19090463083 | 10/27/2020 | $200.00 | 209878839071 | 10/27/2020 | $1,000.00 | 209878839060 |
| 11/06/2020 | $400.00 | 19090628865 | 01/26/2021 | $400.00 | 19090754555 | 01/26/2021 | $500.00 | 19090754554 |
| 01/26/2021 | $500.00 | 19090754556 | 01/26/2021 | $400.00 | 19090754557 | 03/12/2021 | $500.00 | 19232556435 |
| 03/12/2021 | $500.00 | 19232556436 | | | | | | |

**Total Receipts for the Period: $4,700.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,700.00 | Current Monthly Payment: | $905.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $329.00 | Total Plan Base: | $51,070.00 |
| Funds on Hand: | $4,371.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.